**SCHENCK, PRICE, SMITH & KING, LLP**
Michael K. Mullen
John P. Campbell (JC-8746)
220 Park Avenue
Florham Park, NJ 07932
*Attorneys for Defendant Progressive Casualty Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BCB BANCORP, INC., individually, and as successor-in-interest to PAMRAPO BANCORP, INC.; KENNETH D. WALTER; KENNETH POESL; ROBERT DORIA; DANIEL MASSARELLI; PATRICK CONAGHAN; HERMAN BROCKMAN; and THE ESTATE OF JOHN MORECRAFT, <br><br> Plaintiffs, <br><br> vs. <br><br> PROGRESSIVE CASUALTY INSURANCE COMPANY; COLONIAL AMERICAN CASUALTY AND SURETY COMPANY; KEITH KUBE; AND DAVID SHAEV PROFIT SHARING ACCOUNT F/B/O DAVID SHAEV, <br><br> Defendants. | Civil Action No. <br><br> **CERTIFICATION OF JOHN P. CAMPBELL IN SUPPORT OF REMOVAL** <br><br> (Removed from: <br> Superior Court of New Jersey <br> Law Division: Hudson County <br> Docket No. L-000605-13) |

John P. Campbell, an attorney duly admitted to practice before this Court, certifies to the truth of the following:

1. I am an attorney with Schenck, Price, Smith & King, LLP, attorneys for defendant, Progressive Casualty Insurance Company ("Progressive"). As such, I am familiar with the facts and circumstances surrounding this action from personal knowledge and review of the file maintained by my office.

2. Annexed hereto as Exhibit A is a true copy of plaintiffs' Complaint, Designation of Trial Counsel and Certifications in the State Court Action styled *BCB Bancorp, Inc. v. Progressive Casualty Insurance Company*, Docket No. L-000605-13.

3. Annexed hereto as Exhibit B is a true copy of correspondence from counsel to Colonial American to this Court confirming their consent to Progressive's removal of this action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 1, 2013

SCHENCK, PRICE, SMITH & KING, LLP
*Attorneys for Defendant Progressive Casualty Insurance Company*

By: ___/s/ John P. Campbell (JC 8746)
Michael K. Mullen
John P. Campbell