**SCHENCK, PRICE, SMITH & KING, LLP**
Michael K. Mullen
John P. Campbell (JC-8746)
220 Park Avenue
Florham Park, NJ  07932
*Attorneys for Defendant Progressive Casualty Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BCB BANCORP, INC., *et al.*,<br><br>                Plaintiffs,<br><br>        vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, *et al.*,<br><br>                Defendants. | Case No. 2:13-cv-1261 –CCC-JAD<br><br>**PROGRESSIVE CASUALTY INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Return Date: July 21, 2014 |

**TO:**

Jennine DiSomma, Esq.
Saiber LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ  07932-2266
jdisomma@saiber.com

Andrew L. Margulis, Esq.
Eric C. Weissman, Esq.
Ropers, Majeski, Kohn & Bentley PC
750 Third Avenue, 25th Floor
New York, NY  10017
amargulis@rmkb.com
eweisssman@rmkb.com

**COUNSEL:**

    Please take notice that on July 21, 2014, or another time prescribed by the

Court, defendant Progressive Casualty Insurance Company ("Progressive") shall

1

move before The Honorable Claire C. Cecchi, United States District Judge, at the Martin Luther King, Jr. Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey  07101, pursuant to Fed. R. Civ. P. 12(b)(6) for entry of an order dismissing the Complaint, Doc. No. 1-2, as to it, with prejudice.  The Court authorized Progressive's filing of this Motion by its Order dated April 10, 2013 (Dkt. 11).

Please take further notice that in support of this motion, Progressive shall rely upon the Brief in Support of Motion to Dismiss and the Certification of John P. Campbell, which are submitted herewith.  Progressive has submitted a proposed form of Order with this Notice of Motion.

Dated: June 24, 2014

SCHENCK, PRICE, SMITH & KING, LLP

By: /s John P. Campbell_____
Michael K. Mullen
John P. Campbell

Lewis K. Loss (*pro hac vice*)
Michael S. Steinberg (*pro hac vice*)
LOSS, JUDGE & WARD, LLP
1133 21st Street NW, Suite 450
Washington, DC  20036
(202) 778-4060
lloss@ljwllp.com
msteinberg@ljwllp.com

*Attorneys for Defendant Progressive Casualty Insurance Company*